*Castillo, Petitioner, v. Grant County Pub. Util. Dist., Respondent*, No. 92166-1. Petition for review of a decision of the Court of Appeals, No. 32094-4-III, June 23, 2015, 188 Wn. App. 1030. *Denied* February 10, 2016.

*State, Respondent, v. McClinton, Petitioner*, No. 92173-3. Petition for review of a decision of the Court of Appeals, No. 72190-9-I, July 27, 2015, 189 Wn. App. 1008. *Denied* February 10, 2016.

*State, Petitioner, v. Porter, Respondent*, No. 92174-1. Petition for review of a decision of the Court of Appeals, No. 71801-1-I, July 6, 2015, 188 Wn. App. 735. *Denied* February 10, 2016.

*State, Respondent, v. Hailey, Petitioner*, No. 92177-6. Petition for review of a decision of the Court of Appeals, No. 71564-0-I, June 15, 2015, 188 Wn. App. 1019. *Denied* February 10, 2016.

*State, Respondent, v. Myers, Petitioner*, No. 92178-4. Petition for review of a decision of the Court of Appeals, No. 71499-6-I, July 20, 2015, 188 Wn. App. 1057. *Denied* February 10, 2016.

*State, Respondent, v. Smith, Petitioner*, No. 92179-2. Petition for review of a decision of the Court of Appeals, No. 71938-6-I, July 20, 2015, 188 Wn. App. 1060. *Denied* February 10, 2016.

*State, Respondent, v. Sanchez-Balbuena, Petitioner*, No. 92181-4. Petition for review of a decision of the Court of Appeals, No. 71653-1-I, July 27, 2015, 189 Wn. App. 1006. *Denied* February 10, 2016.

*State, Respondent, v. Aquiningoc, Petitioner*, No. 92184-9. Petition for review of a decision of the Court of Appeals, No. 71539-9-I, July 6, 2015, 188 Wn. App. 1038. *Denied* February 10, 2016.